463 A.2d 29

Commonwealth v. Carter, Appellant.

Submitted March 24, 1983. Jacquelyn A. Barnes, for appellant;  Jane Cutler Greenspan, Assistant District Attorney, for Commonwealth, appellee.

Before HESTER, JOHNSON and POPOVICH, JJ.

The order denying appellant's petition for P.C.H.A. relief is affirmed.